# SEALED

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### MIDLAND-ODESSA DIVISION

**FILED**

MAY 28 2014

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>(1) SHONDA TENNILLE CROSSON<br>(2) JOSHUA LYNN MERRITT<br>(3) PHILLIP RAY POWELL<br>(4) ANGELEE DANIELLE DANIELS<br><br>Defendants. | CRIMINAL NO.<br><br>**INDICTMENT**<br><br>[Vio: Ct 1 - 21 U.S.C. § 846 -<br>Conspiracy;<br>Ct. 2 - 21 U.S.C. § 841(a)(1)-<br>Possession With Intent to<br>Distribute a Controlled<br>Substance and 18 U.S.C. 2]<br>**MO14CR0136** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### [21 U.S.C. § 846]

Beginning on or about June of 2013 and continuing until the date of this indictment, in the Western District of Texas and elsewhere, the Defendants,

**SHONDA TENNILLE CROSSON**
**JOSHUA LYNN MERRITT**
**PHILLIP RAY POWELL**
**AND**
**ANGELEE DANIELLE DANIELS,**

did combine, conspire, confederate and agree together and with each other, SEAN NIECE (indicted elsewhere) and with others known and unknown to the Grand Jury, to possess with intent to distribute and distribute a controlled substance, which offense involved five grams or more of actual methamphetamine, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### [21 U.S.C. § 841(b)(1)(C)]

On or about March 6, 2014 in the Western District of Texas and elsewhere, the Defendants,

**SHONDA TENNILLE CROSSON**
**JOSHUA LYNN MERRITT**
**PHILLIP RAY POWELL**
**AND**
**ANGELEE DANIELLE DANIELS,**

aided and abetted by each other, by SEAN NIECE (indicted elsewhere) and by others known and unknown to the Grand Jurors did unlawfully, knowingly and intentionally possess with intent to distribute and distribute a controlled substance, which offense involved five grams or more of actual methamphetamine, contrary to Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), in violation of Title 18, United States Code, Section 2.

A TRUE BILL.

Original signed by the
foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

ROBERT PITMAN
UNITED STATES ATTORNEY

V. LATAWN WARSAW
Assistant United States Attorney

# SEALED

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED | | |
| COUNTY: Midland/Odessa | DIVISION: MIDLAND/ODESSA | JUDGE:  Junell |
| DATE: May 28, 2014 | MAG CT #: | FBI #: |
| CASE NO: MO-14-CR- | ASSISTANT U.S. ATTORNEY: LATAWN WARSAW | |
| DEFENDANT: 1. SHONDA TENNILLE CROSSON | | DOB: XXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP:        INTERPRETER NEEDED   LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>          EMPLOYED<br>          APPOINTED | | |
| DEFENDANT IS: Not Arrested | | |
| DATE OF ARREST: | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE:  No | | |
| PROSECUTION BY:  Indictment | | |
| OFFENSE (Code and Description):  Ct. 1 & 2 – 21 USC 846 - Conspiracy; 21 U.S.C. § 841(a)(1) - Possession with intent to distribute. | | |
| OFFENSE IS:  FELONY | | |
| MAXIMUM SENTENCE:  Ct. 1 and 2 - A 5 year minimum mandatory term of imprisonment up to 40 years; a 4 year minimum mandatory term of supervised release; a fine not to exceed $5 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY:  As stated above. | | |
| REMARKS: AGENT:<br>Brian Hutchison, Drug Enforcement Administration | | |

WDT-Cr-3

# SEALED

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED | | |
| COUNTY: Midland/Odessa | DIVISION: MIDLAND/ODESSA | JUDGE: Junell |
| DATE: May 28, 2014 | MAG CT #: | FBI #: |
| CASE NO: MO-14-CR- | ASSISTANT U.S. ATTORNEY: LATAWN WARSAW | |
| DEFENDANT: 2. JOSHUA LYNN MERRITT | | DOB: XXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP:          INTERPRETER NEEDED   LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>          EMPLOYED<br>          APPOINTED | | |
| DEFENDANT IS: Not Arrested | | |
| DATE OF ARREST: | | BENCH WARRANT: XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE: No | | |
| PROSECUTION BY: Indictment | | |
| OFFENSE (Code and Description): Ct. 1 & 2 – 21 USC 846 - Conspiracy; 21 U.S.C. § 841(a)(1) - Possession with intent to distribute. | | |
| OFFENSE IS: FELONY | | |
| MAXIMUM SENTENCE:  Ct. 1 and 2 - A 5 year minimum mandatory term of imprisonment up to 40 years;  a 4 year minimum mandatory term of supervised release; a fine not to exceed $5 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY:  As stated above. | | |
| REMARKS: AGENT:<br>Brian Hutchison, Drug Enforcement Administration | | |

WDT-Cr-3

# SEALED

## PERSONAL DATA SHEET (REDACTED)
### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED | | |
| COUNTY: Midland/Odessa | DIVISION: MIDLAND/ODESSA | JUDGE:  Junell |
| DATE: May 28, 2014 | MAG CT #: | FBI #: |
| CASE NO: MO-14-CR- | ASSISTANT U.S. ATTORNEY: LATAWN WARSAW | |
| DEFENDANT: 3. PHILLIP RAY POWELL | | DOB: XXXXXXX |
| ADDRESS: XXXXXXXXXXXXXXXXXXXX | | |
| CITIZENSHIP:        INTERPRETER NEEDED   LANGUAGE: | | |
| DEFENSE ATTORNEY:<br>           EMPLOYED<br>           APPOINTED | | |
| DEFENDANT IS: Not Arrested | | |
| DATE OF ARREST: | | BENCH WARRANT:  XXX |
| PROBATION OFFICER: | | |
| NAME AND ADDRESS OF SURETY: | | |
| YOUTH CORRECTIONS ACT APPLICABLE:  No | | |
| PROSECUTION BY:  Indictment | | |
| OFFENSE (Code and Description):  Ct. 1 & 2 – 21 USC 846 - Conspiracy; 21 U.S.C. § 841(a)(1) - Possession with intent to distribute. | | |
| OFFENSE IS:  FELONY | | |
| MAXIMUM SENTENCE:   Ct. 1 and 2 - A 5 year minimum mandatory term of imprisonment up to 40 years;  a 4 year minimum mandatory term of supervised release; a fine not to exceed $5 million; and a mandatory $100 special assessment. | | |
| PENALTY IS MANDATORY:  As stated above. | | |
| REMARKS: AGENT:<br>Brian Hutchison, Drug Enforcement Administration | | |

WDT-Cr-3

# SEALED

PERSONAL DATA SHEET (REDACTED)
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| SEALED | | |
| COUNTY: Midland/Odessa | DIVISION: MIDLAND/ODESSA | JUDGE: Junell |
| DATE: May 28, 2014 | MAG CT #: | FBI #: |
| CASE NO: MO-14-CR- | ASSISTANT U.S. ATTORNEY: LATAWN WARSAW | |
| DEFENDANT: 4.  ANGELEE DANIELLE DANIELS | | DOB: XXXXXXX |

ADDRESS:  XXXXXXXXXXXXXXXXXXX

CITIZENSHIP:         INTERPRETER NEEDED   LANGUAGE:

DEFENSE ATTORNEY:
          EMPLOYED
          APPOINTED

DEFENDANT IS: Not Arrested

| | |
|---|---|
| DATE OF ARREST: | BENCH WARRANT:  XXX |

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

YOUTH CORRECTIONS ACT APPLICABLE:  No

PROSECUTION BY:  Indictment

OFFENSE (Code and Description):  Ct. 1 & 2 – 21 USC 846 - Conspiracy; 21 U.S.C. § 841(a)(1) - Possession with intent to distribute.

OFFENSE IS:  FELONY

MAXIMUM SENTENCE:  Ct. 1 and 2 - A 5 year minimum mandatory term of imprisonment up to 40 years; a 4 year minimum mandatory term of supervised release; a fine not to exceed $5 million; and a mandatory $100 special assessment.

PENALTY IS MANDATORY:  As stated above.

REMARKS: AGENT:
Brian Hutchison, Drug Enforcement Administration

WDT-Cr-3